IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-143-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| MATHIAS PAUL SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge William A. Webb, regarding defendant's *pro se* motion to clarify his proper release date, filed April 3, 2009. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of Magistrate Judge Webb as its own, and, for the reasons stated therein, defendant's motion to clarify his proper release date (DE # 33) is DENIED.

SO ORDERED, this the 3rd day of June, 2009.

_____
LOUISE W. FLANAGAN
Chief United States District Judge